■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID D. TAYLOR, Appellant, v. THOMAS H. RAMSDEN, as Warden of Nassau County Jail, Respondent.— Motion by appellant for leave to appeal as a poor person and for other relief, on his appeal from an order of the Supreme Court, Nassau County, dated April 6, 1961, dismissing a writ of habeas corpus. Motion denied. The papers submitted show no merit in the appeal. The issues raised at Special Term on the application for the writ were among those passed upon by this court on the appellant's appeal from the judgment of the County Court, Nassau County, rendered May 19, 1961, after a jury trial (*People* v. *Taylor*, 15 A D 2d 962), which judgment followed the dismissal of the writ (*People ex rel. Baumgart* v. *Martin*, 9 N Y 2d 351; *People* v. *Burrell*, 12 A D 2d 807). Moreover, the cause of appellant's imprisonment has changed since the writ was issued; he is now detained by virtue of the judgment of conviction. Under the circumstances, the appeal from the order dismissing the writ of habeas corpus has become academic. Ughetta, Acting P. J., Kleinfeld, Brennan, Hill and Hopkins, JJ., concur.

■ In the Matter of the Estate of ANTONIO LO DOLCE, Deceased. EVA LA D. CAPUZZO et al., Appellants; GRACE LA D. ELISBERG et al., as Executors, et al., Respondents.— Motion by objectants-appellants for leave to appeal to the Court of Appeals, denied. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

■ SUE DAVIS et al., Respondents, v. CLARENCE HAYNIE, Appellant.— Motion by appellant for reargument or for leave to appeal to the Court of Appeals, denied. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

■ FRED SHEINMAN, Respondent, v. PHILLIP GRUDSKY, Appellant, et al., Defendant.— Motion by appellant for a stay, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the October Term, beginning October 1, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before August 27, 1962. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hill, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK HINES, Appellant.— Motion by appellant to vacate order dated April 2, 1962, discontinuing his appeal, granted; order vacated. Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the November Term, beginning October 22, 1962; appeal ordered on the calendar for said term. Ughetta, Acting P. J., Kleinfeld, Brennan, Hill and Hopkins, JJ., concur.